UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA SLADE, Individually and as the representative of a class of similarly situated persons,

    Plaintiff,

v.

UNCANNY BRANDS, LLC,

    Defendant.

Civil Action No. 1:23-cv-03156-ER

ECF Case

STIPULATION OF DIMSISSAL WITH PREJUDICE

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: _____June 20_, 2023

| SHAKED LAW GROUP, P.C. | SILLS CUMMIS & GROSS P.C. |
|---|---|
| By: _____ <br> Dan Shaked <br> 14 Harwood Court, Suite 415 <br> Scarsdale, New York 10583 <br> Tel: (917) 973-9128 <br> E-mail: shakedlawgroup@gmail.com | By: _____ <br> Jordan E. Pace <br> One Riverfront Plaza <br> Newark, New Jersey 07102 <br> Tel: (973) 643-7000 <br> E-mail: jpace@sillscummis.com |
| *Attorneys for Plaintiff Linda Slade* | *Attorneys for Defendant Uncanny Brands, LLC* |

9709124 v3